# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MCSHANE CONSTRUCTION COMPANY LLC, | ) ) ) | |
| Plaintiff, | ) ) | 8:14CV419 |
| V. | ) ) | |
| GOTHAM INSURANCE COMPANY, | ) ) ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on Kristen Stiffler's Motion to Withdraw as Counsel for Plaintiff (filing 6). Upon the representation that Plaintiff will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Kristen Stiffler's Motion to Withdraw as Counsel for Plaintiff (filing 6) is granted.

2. The Clerk of Court shall terminate Ms. Stiffler as attorney of record in this case and terminate future notices to her in this matter.

**DATED February 20, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**