IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MCSHANE CONSTRUCTION COMPANY LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>GOTHAM INSURANCE COMPANY,<br><br>          Defendant. | 8:14-CV-419<br><br>JUDGMENT |

    For the reasons stated in the accompanying Memorandum and Order, the plaintiff's complaint is dismissed.

    Dated this 29th day of March, 2016.

                                                           BY THE COURT:

                                                           John M. Gerrard
                                                           United States District Judge