IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MCSHANE CONSTRUCTION COMPANY LLC | ) | CASE NO. 8:14-cv-00419 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEAL (CIVIL)** |
| GOTHAM INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Notice is hereby given that McShane Construction Company, LLC appeals to the United States Court of Appeals for the Eighth Circuit from the following Orders or Judgment:

Document #35: Memorandum and Order entered March 29, 2016
Document #36: Judgment entered March 29, 2016
Document #39: Memorandum and Order entered May 9, 2016

granting Defendant's Motion to Dismiss (Filing 35), dismissing Plaintiff's complaint (Filing 36), and denying Plaintiff's Motion to Alter or Amend the Judgment pursuant to Fed. R. Civ. P. 59(e) (Filing 39).

McShane Construction Company LLC,
Plaintiff,

By: /s/ *David J. Koukol*

David J. Koukol #18102
Koukol & Johnson, LLC
12020 Shamrock Plaza, #333
Omaha, NE 68154
Phone: (402) 934-9499
Fax: (402) 934-7730
Email: dkoukol@westomahalaw.com
and
Alan J. Martin
Law Offices of Alan J. Martin LLC
77 West Wacker Drive, Suite 488
Chicago, Illinois 60601
Phone: (312) 606-8710
Fax: (312) 444-1028 fax
Email: almartin@alanmartinlaw.com
Attorneys for Plaintiff
McShane Construction Company LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2016, I electronically filed the foregoing notice of appeal with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, which should include: Matthew F. Heffron, mheffron@bblaw.us; Michael R. Gregg, mrg@merlolawlaw.com; and Thomas D. Donofrio, tdd@merlolaw.com.

I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: None

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

/s/ *David J. Koukol*